UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| US AIRLINE PILOTS ASSOCIATION<br><br>Plaintiff/Counter-Defendant,<br><br>v.<br><br>US AIRWAYS, INC., AMERICAN AIRLINES, INC.<br><br>and<br><br>THE ALLIED PILOTS ASSOCIATION<br><br>Defendants/Counter-Plaintiffs. | Case No. 14-CIV-00328 (BAH) |

## JOINT STIPULATION OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff US Airline Pilots Association and Defendants US Airways, Inc., American Airlines, Inc. and the Allied Pilots Association, by their respective counsel, hereby stipulate and agree that this action, including all claims and counterclaims, may be and is voluntarily dismissed with prejudice by the parties, each party to bear its own costs and attorneys' fees. All matters in controversy have been settled.

Dated: September 8, 2014.

/s/ William R. Wilder
William R. Wilder (DC Bar No. 450083)
Baptiste & Wilder, P.C.
1150 Connecticut Avenue, N.W., Suite 315
Washington, D.C. 20036
Telephone: (202) 223-0723
Facsimile: (202) 223-9677
wwilder@bapwild.com


Gary Silverman (*pro hac vice*)
Joy K. Mele (*pro hac vice*)
O'Dwyer & Bernstien, LLP
52 Duane Street, 5th Floor
Paul O'Dwyer Way
New York, New York 10007
Telephone: (212) 571-7100
Facsimile:  (212) 571-7124
gsilverman@odblaw.com
jmele@odblaw.com

*Counsel for Plaintiff and Counter-Claim Defendant US Airline Pilots Association*

Respectfully submitted,

/s/ Robert A. Siegel
Robert A. Siegel (D.C. Bar No. 1004474)
O'Melveny & Myers, LLP
400 South Hope Street
Los Angeles, CA 90071-2899
Telephone: (213) 430-6000
Facsimile: (213) 430-6407
rsiegel@omm.com

*Counsel for Defendants and Counterclaim-Plaintiffs US Airways, Inc. and American Airlines, Inc.*


/s/ Edgar N. James
Edgar N. James (D.C. Bar No. 333013)
James & Hoffman, P.C.
1130 Connecticut Avenue, NW, Suite 950
Washington, DC 20036-3904
Telephone: (202) 496-0500
Facsimile: (202) 496-0555
ejames@jamhoff.com

*Counsel for Defendant and Counter-Claim Plaintiff Allied Pilots Association*


It is so ordered:

_____
Hon. Beryl A. Howell
United States District Judge

**CERTIFICATE OF SERVICE (CM/ECF)**

I hereby certify that on September 8, 2014, a true and correct copy of **JOINT STIPULATION OF VOLUNTARY DISMISSAL** was filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ William R. Wilder
William R. Wilder
BAPTISTE & WILDER, P.C.
1150 Connecticut Avenue, N.W., Suite 315
Washington, D.C. 20036
Telephone: (202) 223-0723
Facsimile: (202) 223-9677
wwilder@bapwild.com